JOSHUA C. SANDERS, Appellant, v. ALFRED C. CHAPIN, as Comptroller, etc., et al., Respondents.

(Argued October 10, 1889; decided October 29, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 10, 1888, which affirmed a judgment in favor of defendants, entered upon a decision of the court on trial at Special Term.

*George H. Pettit* for appellant.

*Charles F. Tabor*, attorney-general, for respondents.

Agree to dismiss on authority of *Nichols* v. *Voorhis* (74 N. Y. 28); no opinion.

All concur.

Appeal dismissed.

----

SAMUEL D. COYKENDALL, Respondent, v. ABRAM CONSTABLE et al., Appellants, Impleaded, etc.

(Argued October 10, 1889; decided October 29, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made May 17, 1888, which affirmed a judgment in favor of plaintiff, entered upon the report of a referee.

*John J. Linson* for appellants.

*S. L. Stebbins* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.